![Wolters Kluwer]

## Service of Process Transmittal Summary

**TO:**   RENEE SIMONTON, Director, Entity Management
RELX INC.
1105 N MARKET ST STE 501
WILMINGTON, DE 19801-1253

**RE:**   **Process Served in New York**

**FOR:**   LexisNexis Risk Solutions Inc.  (Domestic State: GA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | STEPHANE BERNARD vs. LEXISNEXIS RISK SOLUTIONS INC. |
| **CASE #:** | 1586312024 |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Process Server on 09/24/2024 at 15:06 |
| **JURISDICTION SERVED:** | New York |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  RENEE SIMONTON  renee.simonton@relx.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 28 Liberty Street |
| | New York, NY 10005 |
| | 877-564-7529 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                Tue, Sep 24, 2024
**Server Name:**         NY-NYC DROPOFFPROCESSSERVER

| Entity Served | LEXISNEXIS RISK SOLUTIONS INC. |
|---|---|
| Case Number | 1586312024 |
| Jurisdiction | NY |

| Inserts |
|---|
|   |



Case 1:24-cv-07701-DEH-GWG   Document 1-1   Filed 10/14/24   Page 3 of 6

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

STEPHANE BERNARD,

                              *Plaintiff,*

          -against-                                    **SUMMONS WITH NOTICE**

LEXISNEXIS RISK SOLUTIONS INC.,

                              *Defendant.*

To the Entity Named as Defendant Above:

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving notice of appearance on the Plaintiff at the address of Plaintiff's counsel, via the NYSCEF system, within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

**YOU ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: September 18, 2024          */s/ Adam G. Singer*
       New York, NY               Adam G. Singer
                                  **LAW OFFICE OF ADAM G. SINGER, PLLC**
                                  One Grand Central Place
                                  60 E. 42nd Street, Suite 4600
                                  New York, NY 10165
                                  212.842.2428
                                  asinger@adamsingerlaw.com

                                  *Counsel for Plaintiff Stephane Bernard*

**Defendant's Address:**
LexisNexis Risk Solutions Inc., 230 Park Avenue, 7th Floor, NY, NY 10169

**Notice: The nature of this action is:**
Defendant LexisNexis Risk Solutions Inc. ("LNRS" or "Defendant") violated General Business Law § 380-j (e) and 15 USC § 1681e (b) by failing to maintain reasonable procedures to assure the maximum possible accuracy of information it reported about Plaintiff.

LNRS violated § 380-j (a) (3) by maintaining in and reporting from the credit file it maintained about Plaintiff information it had reason to know was inaccurate and that, in fact, resulted because Defendant mixed Plaintiff's credit file with a third party's credit file.

Page 1 of 2

LNRS violated General Business Law § 380-j (e) and 15 USC § 1681e (b) by failing to maintain reasonable procedures to assure the maximum possible accuracy of information it reported about Plaintiff.

LNRS violated General Business Law § 380-f (a) and 15 USC § 1681i (a) (1) by failing to conduct reasonable investigations after Plaintiff disputed certain information in credit reports it published about him.

LNRS violated General Business Law § 380-f (b) (1) and 15 USC § 1681i (a) (5) by failing to promptly delete disputed information from credit files it maintained about Plaintiff despite the fact that, had it conducted reasonable investigations of Plaintiff's disputes, LNRS could not have affirmatively verified that the disputed information was accurate.

LNRS violated 15 U.S.C. §§ 1681i (c) by failing to provide Plaintiff's duly filed statement of dispute in subsequent consumer reports containing the information in question.

As a consequence of Defendant's violations, Plaintiff's reputation has suffered and Plaintiff has suffered emotional distress including anxiety, stress, and humiliation.

**The relief sought is:**
- Actual damages for both economic and emotional harm in an amount exceeding $25,000 and to be determined by the trier of fact,
- $1,000 in statutory damages per violation,
- punitive damages in an amount to be determined by the trier of fact,
- injunctive relief against reporting or continuing to report the inaccurate information,
- litigation costs and expenses, and
- reasonable attorney's fees.

Should Defendant fail to appear herein, judgment will be entered by default for the sum of $500,000.00, with interest to run from September 18, 2024.

**Jury Trial:** Plaintiff demands a jury trial on all issues so triable.

**Venue:** Plaintiff designates New York County as the place of trial. The basis of this designation is that Defendant resides in New York County.

Page 2 of 2

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
-------------------------------------------------------------------x

STEPHANE BERNARD,

*Plaintiff,*

-against-

Index No. **158631/2024**

LEXISNEXIS RISK SOLUTIONS INC.,

*Defendant.*
-------------------------------------------------------------------x

### NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically

  - free access to view and print your e-filed documents

  - limiting your number of trips to the courthouse

  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

Page 1 of 2                                                6/6/18  EFM-1

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys
## (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated:  September 19, 2024

| Name | Address |
|---|---|
| Adam G. Singer | One Grand Central Place |
| | 60 E. 42nd Street, Suite 4600 |
| Firm Name | New York, NY 10165 |
| Law Office of Adam G. Singer, PLLC | |

Phone
212.842.2428

contact@adamsingerlaw.com
E-Mail

To:  LexisNexis Risk Solutions Inc.,
230 Park Avenue, 7th Floor
NY, NY 10169