UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
STEPHANE BERNARD
                                                            :
        Plaintiff,                                    ORDER
                                                            :
        -v.-
                                                            :     24 Civ. 7791 (DEH) (GWG)

LEXISNEXIS RISK SOLUTIONS INC.                              :

        Defendant.                                    :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Mr. Michael B. Miller and Mr. Adam G. Singer are each directed to each file a letter on ECF on or before August 11, 2025, indicating why they have failed to comply with the Court's Order of March 12, 2025 (Docket # 18) insofar as it gave instructions regarding applications pursuant to paragraph 11 and 12 of Docket # 16.

Dated: New York, New York

      August 4, 2025

                                  SO ORDERED:

                                  GABRIEL W. GORENSTEIN
                                  United States Magistrate Judge