LAW OFFICE OF ADAM G. SINGER, PLLC

ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

SENDER
ADAM G. SINGER
EMAIL
asinger@adamsingerlaw.com

DIRECT DIAL
(212) 842 – 2428
FACSIMILE
(212) 658 – 9682

August 19, 2025

**VIA ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

> **Re: _Bernard v. LexisNexis Risk Solutions Inc._ 1:24-cv-07791-DEH-GWG**
> **Notice of Settlement in Principle between Plaintiff and Defendant**
> **LexisNexis Risk Solutions, Inc. Only**

Dear Judge Gorenstein:

This firm represents Plaintiff in the above-referenced action ("Action"). I write to inform the Court that Plaintiff and Defendant LexisNexis Risk Solutions, Inc. ("LexisNexis") (a) have reached a confidential settlement in principle of Plaintiff's claims against LexisNexis in the Action, and (b) intend to move expeditiously to finalize the terms of settlement and execute a formal settlement agreement ("Agreement"). When the settlement between the parties is finalized and all conditions in the Agreement required for dismissal of LexisNexis from the Action are satisfied, Plaintiff and LexisNexis will, unless the Court directs otherwise, file a joint stipulation and proposed order dismissing all claims against LexisNexis with prejudice.

This request does not affect any other defendant.

Respectfully submitted,

Adam G. Singer

ROCKLAND
400 RELLA BOULEVARD, SUITE 207- 488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

WESTCHESTER
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601